AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Brenda Taylor, on behalf of Plaintiff and a class ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-00013 |
| Crane Lending, LLC, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Brenda Taylor.

Date: 01/03/2025

s/ Daniel A. Edelman
*Attorney's signature*

Daniel A. Edelman #0712094
*Printed name and bar number*

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1800
Chicago, IL 60603
*Address*

dedelman@edcombs.com, courtecl@edcombs.com
*E-mail address*

(312) 739-4200
*Telephone number*

(312) 419-0379
*FAX number*