AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Brenda Taylor, on behalf of Plaintiff and a class ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-00013 |
| Crane Lending, LLC, et al. ) | | |
| *Defendant* ) | | |

**AMENDED APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Brenda Taylor                                                                                              .

Date:   01/09/2025

s/ Heather Kolbus
*Attorney's signature*

Heather Kolbus #6278239
*Printed name and bar number*

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1800
Chicago, IL 60603
*Address*

hkolbus@edcombs.com
*E-mail address*

(312) 917-4512
*Telephone number*

(312) 419-0379
*FAX number*